Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

DELFINA GIL DE CARREON,
ENRIQUE EVELIO CARREON

vs

MICHAEL B. MUKASEY, Attorney General, MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, DR. EMELIO T. GONZALEZ, Director, United States Citizenship and Immigration Services

FILED
08 MAR 18 PM 2:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

**'08 CV 501 DMS POR**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Murray D. Hilts, Esq.
Law Offices of Murray D. Hilts
3020 Meade Ave.
San Diego, CA 92116

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____J. HINKOO_____, Deputy Clerk

MAR 1 8 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)