THE LAW OFFICES OF MURRAY D. HILTS
3020 Meade Ave.
San Diego, California 92116
Tel: (619) 688-1174
Fax: (619) 285-1977

CASE NAME: Delfina Gil de Carreon, et al. v. Michael B. Mukasey et al.
CIVIL CASE NO.: 08-CV501 DMS POR

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**DECLARATION OF SERVICE**

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 3020 Meade Ave, San Diego, CA 92116. On 3.18.08, I served the following document(s): **COMPLAINT FOR DECLARATORY JUDGMENT & SUMMONS IN A CIVIL ACTION.**

*Mary Wiggins
United States Attorney
101 W. Broadway, 15th Floor
San Diego, CA 92101

( ) BY FIRST CLASS MAIL. I sealed each envelope and, with postage thereon fully prepaid, placed a true and correct copy of each document, for each address noted above, with the United States Postal Service in the ordinary course of business at San Diego, California, on ________________. I am familiar with the business practice of this office for collection and processing of correspondence for mailing with the United States Postal Service, and the correspondence would be deposited with the United States Postal Service and delivered the next business day.

( x ) BY PERSONAL DELIVERY. I caused said envelope to be hand delivered to the offices of the addressee(s) by whose name and (*) is placed as noted above; on 3.18.08.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 3.18.08.

Michael J. Codner, Esq.

THE LAW OFFICES OF MURRAY D. HILTS
3020 Meade Ave.
San Diego, California 92116
Tel: (619) 688-1174
Fax: (619) 285-1977

CASE NAME: Delfina Gil de Carreon, et al. v. Michael B. Mukasey et al.
CIVIL CASE NO.: 08-CV501 DMS POR

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**DECLARATION OF SERVICE**

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 3020 Meade Ave, San Diego, CA 92116. On 3.18.08, I served the following document(s): **COMPLAINT FOR DECLARATORY JUDGMENT & SUMMONS IN A CIVIL ACTION.**

*Leonor Sanchez
Office of Chief Trial Counsel
Department of Homeland Security
880 Front St., Rm. 2246
San Diego, CA 92101

( ) BY FIRST CLASS MAIL. I sealed each envelope and, with postage thereon fully prepaid, placed a true and correct copy of each document, for each address noted above, with the United States Postal Service in the ordinary course of business at San Diego, California, on ________________. I am familiar with the business practice of this office for collection and processing of correspondence for mailing with the United States Postal Service, and the correspondence would be deposited with the United States Postal Service and delivered the next business day.

(x) BY PERSONAL DELIVERY. I caused said envelope to be hand delivered to the offices of the addressee(s) by whose name and (*) is placed as noted above; on 3.18.08.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 3.18.08.

Michael J. Codner, Esq.