# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

DELFINA GIL DE CARREON,
ENRIQUE EVELIO CARREON

vs

MICHAEL B. MUKASEY, Attorney General, MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, DR. EMELIO T. GONZALEZ, Director, United States Citizenship and Immigration Services

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 501 DMS POR

TO: (Name and Address of Defendant)

Michael B. Mukasey
United States Department of Justice, Rm B-103
Office of the Attorney General
950 Pennsylvania Ave. Northwest
Washington, D.C. 20530-0001

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Murray D. Hilts, Esq.
Law Offices of Murray D. Hilts
3020 Meade Ave.
San Diego, CA 92116

An answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                     MAR 1 8 2008
           CLERK                                               DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE 3-25-08 |
| NAME OF SERVER Sara Mclendrez | TITLE Paralegal |
| Check one box below to indicate appropriate method of service ||

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☑ Other (specify): Certified U.S. Mail to Michael B. Mukasey, United States Dept. of Justice - Rm B-103, 950 Pennsylvania Ave. Northwest Washington, D.C. 20350-0001

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 |
|---|---|---|---|
| | | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 3-25-08    Date

Signature of Server

3020 Meade Ave, San Diego, CA 92116
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

DELFINA GIL DE CARREON,
ENRIQUE EVELIO CARREON

VS

MICHAEL B. MUKASEY, Attorney General, MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, DR. EMELIO T. GONZALEZ, Director, United States Citizenship and Immigration Services

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 5 0 1   DMS POR

TO: (Name and Address of Defendant)

Emilio T. Gonzalez
U.S.C.I.S.
20 Massachusetts Avenue Northwest
Washington, D.C. 20536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Murray D. Hilts, Esq.
Law Offices of Murray D. Hilts
3020 Meade Ave.
San Diego, CA 92116

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

MAR 1 8 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 3-25-08 |
| NAME OF SERVER Sara Melendrez | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☑ Other (specify): Certified U.S. Mail to Emilio T. Gonzalez USCIS 20 Massachusetts Avenue Northwest Washington, D.C. 20536

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 3-25-08
Date

Signature of Server

3020 Meade Ave, San Diego CA 92116
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure