1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No.  220000
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Email: caroline.clark@usdoj.gov
   Telephone: (619) 557-7491
6  Facsimile: (619) 557-5004

7  Attorneys for Defendants

8

9                    UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11

12  DELFINA GIL DE CARREON, ENRIQUE)    Case No. 08cv0501 DMS (POR)
    EVELIO CARREON,                )
13                                 )    NOTICE OF MOTION AND MOTION TO
                      Plaintiffs,  )    DISMISS
14          v.                     )
                                   )    DATE:        July 11, 2008
15  MICHAEL B. MUKASEY, Attorney General)  TIME:        1:30 p.m.
    of the United States; MICHAEL CHERTOFF,)  CTRM:        10
16  Secretary, Department of Homeland Security;)  Honorable Dana M. Sabraw
    and EMILIO T. GONZALEZ, Director, United)
17  States Citizenship and Immigration Services.)  (No Oral Argument Requested)
                                   )
18                    Defendants.  )
    ───────────────────────────────)
19

20  TO:    PLAINTIFFS DELFINA GIL DE CARREON and ENRIQUE EVELIO CARREON and THEIR
           ATTORNEY OF RECORD
21

22         PLEASE TAKE NOTICE that on July 11, 2008, at 1:30 p.m., or as soon thereafter as counsel

23  may be heard, in the courtroom of the Honorable Dana M. Sabraw, Defendants Michael Mukasey, et

24  al., through their attorneys of record, Karen P. Hewitt, United States Attorney and Caroline J. Clark,

25  Assistant U.S. Attorney, will bring arguments on their Motion to Dismiss pursuant to Federal Rules of

26  ///

27  ///

28  ///

1    Civil Procedure 12(b)(1), 12(b)(3) and 12(b)(6).  The motion is based upon the files and records of this

2    case and the attached memorandum of points and authorities.

3

4              DATED: June 4, 2008                    Respectfully submitted,

5                                                     KAREN P. HEWITT
                                                      United States Attorney
6
                                                      s/ Caroline J. Clark
7
                                                      _____
                                                      CAROLINE J. CLARK
8                                                     Assistant U.S. Attorney
                                                      Attorneys for Defendants
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28