| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | CAROLINE J. CLARK<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 220000<br>Office of the U.S. Attorney |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7491<br>Facsimile: (619) 557-5004 |
| 6 | E-mail: caroline.clark@usdoj.gov |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINA GIL DE CARREON, ENRIQUE EVELIO CARREON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; and EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services.<br><br>　　　　Defendants. | Case No. 08cv0501 DMS (POR)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of: **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND MEMORANDUMS OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

　　N/A

　　I hereby certify that I have caused to be mailed the foregoing, by the U.S. Postal Service, to the following non-ECF participants in this case:

Murray Hilts
Law Offices of Murray Hilts
3020 Meade Avenue
San Diego, CA 92116

the last known address, at which place there is delivery service of mail from the U.S. Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lori Aragon MacDonald
　　　　　　　　　　　　　　　　　　　　　　　　　　　Lori Aragon MacDonald