1  MURRAY D. HILTS, ESQ. (CA Bar No. 169690)
   LAW OFFICES OF MURRAY HILTS
2  3020 MEADE AVE.
   SAN DIEGO, CA. 92116
3  Telephone: (619)688-1174
   Facsimile: (619)285-1977
4

5  ATTORNEY FOR PLAINTIFFS:
   DELFINA GIL DE CARREON, ENRIQUE EVELIO CARREON
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **IN AND FOR THE DISTRICT OF CALIFORNIA**

10

11 DELFINA GIL DE CARREON and      )   CASE NO. 08cv0501 DMS (POR)
   ENRIQUE EVELIO CARREON,         )   FILE NO. A96-304-881
12                                 )
                                   )   **PLAINTIFFS' UNOPPOSED MOTION**
13           Plaintiffs,            )   **TO CONTINUE HEARING ON**
                                   )   **DEFENDANTS' MOTION TO**
14                                 )   **DISMISS**
   v.                              )
15                                 )
   MICHAEL B. MUKASEY, Attorney    )   Date:  7.11.08
16 General, MICHAEL CHERTOFF, Secretary,) Time:  1:30 P.M.
   United States Department of Homeland )  Department:  Hon. Dana M. Sabraw
17 Security, and DR. EMILIO T. GONZALEZ,)  Courtroom 10
   Director, United States Citizenship and )
18 Immigration Services,           )
                                   )
19           Defendants.            )
                                   )
20 _____)

21        COME NOW, Plaintiffs, by and through undersigned counsel, and hereby submit the

22 following PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING ON

23 DEFENDANTS' MOTION TO DISMISS.  The aforementioned hearing is currently set for July

24 11, 2008 at 1:30 P.M. before the Honorable Dana M. Sabraw.  This motion is based on good

25 cause as described below in the memorandum of points and authorities, all papers and records in

26 this action, and the declaration of Murray D. Hilts, Esq. (hereinafter "DECL").

27 / / /

28 / / /

                                        1

1
2
3
4   DATED:_____
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      Respectfully submitted,

      THE LAW OFFICES OF MURRAY D. HILTS

      /S/ Murray D. Hilts
      MURRAY D. HILTS, ESQ.
      Counsel for Plaintiffs,
      DELFINA GIL DE CARREON,
      ENRIQUE EVELIO CARREON

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

### GOOD CAUSE EXISTS FOR THIS COURT TO CONTINUE THE MOTION HEARING BASED ON THE PLAINTIFFS' COUNSEL'S CONFLICT.

In the civil context, the Ninth Circuit has held the "district court may modify the pretrial schedule if it cannot reasonably be met *despite the diligence* of the party seeking the extension." Johnson v. Mammoth Recreations, 975 F.2d 604, 609 (9th Cir. 1992) (emphasis added). Therefore, it appears the standard for granting continuances in general is diligence on behalf of the moving party.

In the present case, counsel for the Plaintiffs, the undersigned, received Defendants' motion to dismiss with a pre-set hearing date. See Declaration of Murray D. Hilts, attached and incorporated by reference. Soon after receipt, the undersigned discovered a scheduling conflict in place prior the Court's setting of the motion. Id. The undersigned then diligently contacted both the Clerk of the Court and opposing counsel to arrange a new date, to which all parties agreed was sufficient. Id. Thus, based on the diligence of the undersigned, and the lack of prejudice to any party involved or sacrifice of judicial efficiency, Plaintiffs, through the undersigned, respectfully request the motion to continue be granted and that such hearing be continued until Friday August 22, 2008 at 1:30 P.M.

Respectfully submitted,

THE LAW OFFICES OF MURRAY D. HILTS

DATED:_____        /S/ Murray D. Hilts
MURRAY D. HILTS, ESQ.
Counsel for Plaintiffs,
DELFINA GIL DE CARREON,
ENRIQUE EVELIO CARREON

## DECLARATION OF MURRAY D. HILTS, ESQ.

I, Murray D. Hilts, Esq., declare as follows:

1. I have personal knowledge of the following, and, if called as a witness, could testify competently thereto.

2. I am the attorney of record for the Plaintiffs in this matter.

3. Following my receipt of Defendants' motion to dismiss, I discovered both myself, and my only associate, Michael J. Codner, have a scheduling conflict with the Court's date of July 11, 2008 at 1: 30 P.M. currently for Defendants' motion to dismiss.

4. Mr. Codner then diligently contacted the Clerk of the Court for Judge Sabraw, Kate, who indicated that August 22, 2008 was an available date on the Court's docket/calendar.

5. On June 16, 2008, my office contacted Assistant United States Attorney Caroline J. Clark at 619-557-7491 to obtain clearance for future dates, but could only leave a telephonic message. On that same day, Assistant United States Attorney Caroline J. Clark telephoned this office and stipulated to August 22, 2008 as an agreeable date for Defendants' motion via additional telephonic message.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct based on my knowledge of the facts of the above-captioned case. Executed this 16th day of June, 2008 in San Diego, California.

                                          /S/ Murray D. Hilts
                                          MURRAY D. HILTS, ESQ.

**THE LAW OFFICES OF MURRAY D. HILTS**
3020 Meade Ave.
San Diego, California 92116
Tel: (619) 688-1174
Fax: (619) 285-1977

CASE NAME:           Gil De Carreon, et al. v. Mukasey, et al.
CRIMINAL CASE NO.:   08cv0501 DMS (POR)

UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**DECLARATION OF SERVICE**

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 3020 Meade Ave, San Diego, CA 92116. On June 16, 2008, I served the following the following document(s): **PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**

I hereby certify that a true and accurate copy of the foregoing was served upon Caroline J. Clark, Assistant U.S. Attorney by e-filing at caroline.clark@usdoj.gov, provided for pleadings, upon the Office of the U.S. Attorney on this 16th day of June, 2008. Such pleadings were provided in the required PDF format.

          /S/ Murray D. Hilts
          Murray D. Hilts, Esq.
          Counsel for Defendant