# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINA GIL DE CARREON and ENRIQUE EVELIO CARREON,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL B. MUKASEY et al,<br><br>Defendant. | CASE NO. 08cv0501 DMS (POR)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE HEARING DATE** |

Pending before the Court is Defendant's motion to dismiss, currently scheduled for hearing on Friday, July 11, 2008. Plaintiffs request a continuance of the date due to a scheduling conflict. The Court grants the unopposed request. The matter shall be continued, and instead heard on Friday, August 22, 2008 at 1:30 pm.

**IT IS SO ORDERED.**

DATED: June 17, 2008

_____
HON. DANA M. SABRAW
United States District Judge