KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7491
Facsimile: (619) 557-5004
E-mail: caroline.clark@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINA GIL DE CARREON, ENRIQUE EVELIO CARREON,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security (DHS); and EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services.<br><br>　　　　　　Defendants.<br>_____ | Case No. 08cv0501 DMS (POR)<br><br>JOINT MOTION TO CONTINUE HEARING AND RESPONSE AND REPLY DATES FOR DEFENDANTS' MOTION TO DISMISS<br><br>DATE:　　August 22, 2008<br>TIME:　　1:30 p.m.<br>CTRM:　　10<br>Honorable Dana M. Sabraw |

COME NOW THE PARTIES, Plaintiffs Delfina Gil de Carreon and Enrique Evelio Carreon, by and through counsel, Murray Hilts and Michael Codner, and Defendants Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline Clark, Assistant United States Attorney, and hereby jointly move the Court to continue the hearing date for the Defendants' Motion to Dismiss, currently scheduled for August 22, 2008, at 1:30 p.m., until September 5, 2008, at 1:30 p.m. The parties further request that the time for filing Plaintiff's response and Defendants' reply pursuant to Civil Local Rule 7.1(e) be continued and calculated according to the new hearing date. The request is made due to an issue that has arisen affecting the availability of counsel for Defendants on August 22, 2008. Based upon the foregoing, it is respectfully requested that the Court

enter an order continuing the August 22, 2008, hearing and the accompanying response and reply deadlines.

DATED: July 29, 2008              s/ Michael J. Codner

MICHAEL J. CODNER  
Counsel for Plaintiffs  
E-Mail: michael_codner@yahoo.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Michael Codner to affix his electronic signature to this document.

DATED: July 29, 2008              KAREN P. HEWITT  
United States Attorney

s/ Caroline J. Clark

CAROLINE J. CLARK  
Assistant United States Attorney  
Counsel for Defendants  
E-Mail: caroline.clark@usdoj.gov