KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7491
Facsimile: (619) 557-5004
E-mail: caroline.clark@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DELFINA GIL DE CARREON, ENRIQUE EVELIO CARREON,

    Plaintiffs,

v.

MICHAEL B. MUKASEY, Attorney General of the United States, et al.,

    Defendants.

Case No. 08cv0501 DMS (POR)

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of: **JOINT MOTION TO CONTINUE HEARING AND RESPONSE AND REPLY DATES FOR DEFENDANTS' MOTION TO DISMISS** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice:

    Michael Codner
    michael_codner@yahoo.com

    I hereby certify that I have caused to be mailed the foregoing, by the U.S. Postal Service, to the following non-ECF participants in this case:

    Murray Hilts
    Law Offices of Murray Hilts
    3020 Meade Avenue
    San Diego, CA 92116

the last known address, at which place there is delivery service of mail from the U.S. Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2008.

                                                             Caroline J. Clark