UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINA GIL DE CARREON, ENRIQUE EVELIO CARREON,<br><br>                    Plaintiffs,<br><br>    v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security (DHS); and EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services.<br><br>                    Defendants.<br>_____ | Case No. 08cv0501 DMS (POR)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE HEARING AND RESPONSE AND REPLY DATES FOR DEFENDANTS' MOTION TO DISMISS<br><br>[Docket No. 10] |

Having considered the parties' Joint Motion to Continue Hearing and Response and Reply Dates for Defendants' Motion to Dismiss (Docket No. 10) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that the hearing date is continued until September 5, 2008, at 1:30 p.m. The Court further ORDERS that the parties' response and reply deadlines are based on the new hearing date and in accordance with Civil Local Rule 7.1(e).

**IT IS SO ORDERED.**

DATED: July 30, 2008

_____
HON. DANA M. SABRAW
United States District Judge