# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINA GIL DE CARREON, ENRIQUE EVELIO CARREON,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security (DHS); and EMILO T. GONZALEZ, Director, United States Citizenship and Immigration Services.<br><br>Defendant. | CASE NO. 08cv0501 DMS (POR)<br><br>**ORDER RE: ORAL ARGUMENT** |

Pending before this Court is Defendant's motion to dismiss Plaintiff's complaint. The motion is currently scheduled for hearing on September 5, 2008. The matter is suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: August 28, 2008

_____
HON. DANA M. SABRAW
United States District Judge