```
 1  KAREN P. HEWITT
    United States Attorney
 2  CAROLINE J. CLARK
    Assistant U.S. Attorney
 3  California State Bar No. 220000
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7491
    Facsimile: (619) 557-5004
 6  E-mail: caroline.clark@usdoj.gov
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINA GIL DE CARREON, ENRIQUE EVELIO CARREON,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States, et al.,<br><br>        Defendants. | Case No. 08cv0501 DMS (POR)<br><br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of: **REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice:

    Michael Codner, Esq.
    Murray Hilts, Esq.
    Attorneys for Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on August 28, 2008.

                                              s/ Caroline J. Clark
                                              Caroline J. Clark